OPINION # O-7432 _____ WAS NEVER ISSUED OR

WAS WITHDRAWN.